```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29721
    WILLIAMS E PHELPS
    CLAIRE D PHELPS                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-0607     SSN XXX-XX-9965

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/11/2004 and was confirmed 10/07/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  35.08% from remaining funds.

      The case was paid in full 12/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AAC                          UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED         1311.79           .00         460.11
BANK FIRST                   UNSECURED       NOT FILED           .00            .00
BLAIR                        UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK             UNSECURED       NOT FILED           .00            .00
SEARS                        UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC     UNSECURED         9019.04           .00        3163.43
FIRST RESOLUTION INVES       FILED LATE          .00             .00            .00
CROSS COUNTRY BANK           UNSECURED       NOT FILED           .00            .00
CROSS COUNTRY BANK           NOTICE ONLY    NOT FILED           .00            .00
EVERGREEN EMERGENCY SERV     UNSECURED       NOT FILED           .00            .00
EVERGREEN EMERGENCY SCVS     NOTICE ONLY    NOT FILED           .00            .00
FIRST USA BANK               UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC          UNSECURED         5854.73           .00        2053.55
GE VISA                      UNSECURED       NOT FILED           .00            .00
HOUSEHOLD AUTO FINANCE       UNSECURED       NOT FILED           .00            .00
HOUSEHOLD BANK GM CARD       UNSECURED       NOT FILED           .00            .00
CB USA                       UNSECURED OTH     69.36             .00          24.16
LITTLE COMP OF MARY HOSP     NOTICE ONLY    NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED         3957.09           .00        1387.95
MCI TELECOMMUNICATIONS       UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON          UNSECURED       NOT FILED           .00            .00
PEOPLES BANK                 UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE     UNSECURED       NOT FILED           .00            .00
RESURGENCE FINANCIAL LLC     UNSECURED         8349.82           .00        2928.70
ROAMANS                      UNSECURED       NOT FILED           .00            .00
SBC AMERITECH                UNSECURED       NOT FILED           .00            .00
SBC ILLINOIS                 UNSECURED       NOT FILED           .00            .00
SEARS ROEBUCK & CO           UNSECURED       NOT FILED           .00            .00
SEARS                        NOTICE ONLY    NOT FILED           .00            .00
WELLS FARGO AUTO FINANCE     UNSECURED       NOT FILED           .00            .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 29721 WILLIAMS E PHELPS & CLAIRE D PHELPS

```
GATEWAY                    UNSECURED      NOT FILED           .00              .00
ATLANTIC CREDIT & FINANC   UNSECURED      10373.12            .00          3638.37
NEAL FELD                  DEBTOR ATTY    1,937.50                         1,937.50
TOM VAUGHN                 TRUSTEE                                           894.23
DEBTOR REFUND              REFUND                                            906.00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
```
TRUSTEE                  17,394.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       13,656.27
ADMINISTRATIVE                                   1,937.50
TRUSTEE COMPENSATION                               894.23
DEBTOR REFUND                                      906.00
                         ---------------    ---------------
TOTALS                   17,394.00              17,394.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE